-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 9, 2020, a copy of the foregoing *Motion to Extend Time in Which to Object to the Discharge* was served via first class mail, postage prepaid to:

Peter M. May
409 Granville Dr.
Riva, MD 21140

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2650
Baltimore, Maryland 21201

and served by CM/ECF on all parties entitled to EM/ECF service, including Debtor's counsel:

Robert B. Scarlett
201 N. Charles St., Suite 620
Baltimore, MD 21201

/s/ Zvi Guttman

-2-