Entered: December 10th, 2020
Signed: December 9th, 2020
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **20–18185 – MMH**    Chapter: **7**

**Peter M May**
Debtor

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
## EXTENDING DEADLINE TO FILE COMPLAINTS
## OBJECTING TO DISCHARGE

Upon the Chapter 7 Trustee's timely motion to extend the deadline for filing complaints objecting to entry of a discharge, good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which a complaint may be filed to object to the discharge of the debtor is extended to **February 12, 2021.**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor
      Attorney for Debtor – Robert B. Scarlett
      Case Trustee – Zvi Guttman
      U.S. Trustee
      All Creditors

**End of Order**

22x01 (rev. 01/06/2009) – yoliver