IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

In re:  (
        (
May, Peter M.   (   Case No.:20-18185-MMH
        (
   Debtor(s)    (   (Chapter 7)

( ( ( ( ( ( ( ( ( ( ( ( (

**MOTION (2nd) TO EXTEND DEADLINE IN WHICH TO OBJECT TO THE DISCHARGE**

Zvi Guttman, the Chapter 7 Trustee in the above captioned case, files this motion and says:

1. This case was commenced by the filing of a petition for relief under Chapter 7 of the Bankruptcy Code on September 4, 2020.

2. The undersigned was appointed as the interim trustee.

3. The date by which to file a complaint objecting to the Debtor's discharge February 12, 2021.

4. The First Meeting of Creditors was just concluded on January 20, 2021.

5. The Debtor still owes the Trustee documents and is supposed to file amended Schedules and/or Statement of Financial Affairs.

WHEREFORE, the Trustee requests that the time in which he, the U.S. Trustee, creditors or parties in interest may file a complaint objecting to the Debtor's discharge be extended to March 15, 2021 (or later, if an additional extension is sought within said time) and that this Court grant such other and further relief as is just and proper.

<u>/s/ Zvi Guttman</u>
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax